## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROBERT DAVIS,

        Petitioner

v.

COURT OF COMMON PLEAS,

        Respondent

No. 95 EM 2015

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for King's Bench Jurisdiction is **DENIED**.